**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **DETENTION ORDER** |
| vs. | ) | |
| Ezekiel Echola, a/k/a Ezekiel Linder, | ) | Case No. 3:07-cr-063-02 |
| Defendant. | ) | |

On October 23, 2008, the court received Waivers of Preliminary Hearing and Detention executed by Defendant Ezekiel Echola as well as by defense counsel.

The court finds that Defendant Echola, having had an opportunity to consult with counsel, freely and voluntarily, and knowingly and intelligently waived his right to a detention hearing and a preliminary hearing and consented to be detained pending final disposition of this matter. Further, based upon Defendant Echola's waiver of his right to a preliminary hearing, the court finds that there is probable cause to believe that he may have committed the violations of release alleged in the petition for action on conditions of release. Accordingly, the court **ORDERS** that Defendant Echola be bound over to the United States District Court to answer to the charges set forth in the petition.

The court **GRANTS** the Government's Motion for Detention and **FURTHER ORDERS** that Defendant Echola be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant Echola

shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver Defendant Echola to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    Dated this 23rd day of October, 2008.

                                          */s/ Charles S. Miller, Jr*
                                          Charles S. Miller, Jr.
                                          United States Magistrate Judge